UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| **United States of America,**<br><br>Plaintiff-Appellee,<br><br>**No. 25-2616**<br><br>**Eugene Alexander**<br><br>Defendant-Appellant. | Appeal from the<br>U.S. District Court for the<br>Northern District of Illinois<br><br>No. 3:2017CR319-3<br><br>Hon. John Blakey |

## Motion for Leave to Withdraw pursuant to *Anders v. California,* 386 U.S. 738 (1967)

After carefully examining the record on appeal and researching the relevant law, counsel has concluded that this appeal presents no legally nonfrivolous question.

Mr. Eugene Alexander's current address for service is:

EUGENE D ALEXANDER 52343-424
FCI Sandstone
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

Because counsel has concluded that no nonfrivolous issue is presented by this appeal, he requests leave to withdraw as counsel and submits the attached brief, Exhibit 1, in accordance with *Anders v. California*, 386 U.S. 738 (1967).

Respectfully Submitted,

s/ David Gotzh
CJA Counsel for Defendant-Appellant

David Gotzh #6298403
Counsel for Eugene Alexander
CJA Appellate Panel Appointment
332 S Michigan Ave, Ste 900
Chicago, Il 60604
t. 312.736.2975
e. David@MidwestAppeals.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th Day of February, 2026, I electronically filed the foregoing with the Clerk of the Court of the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Date: February 6, 2026 *s/ David Gotzh*