# United States Court of Appeals
# For the Seventh Circuit

United States of America,
Respondent-Plaintiff,

v.

Eugene Alexander,
Petitioner-Defendant,

Case No.: 25-2616
N.D. IL Case No.: 1:17-cr-00319-3

U.S.C.A. – 7th Circuit
RECEIVED
NOV 09 2026 4

## Petitioner's Motion for Enlargement of Time to File Petition for Rehearing and Rehearing En Banc

The Petitioner, Eugene Alexander, henceforth "Alexander," respectfully requests an enlargement of time to file a petition for rehearing and rehearing en banc. Alexander became aware of the Panel's 10-13-2026 decision on the 19th when he received it in the mail. He was not informed by his attorney or the Court of the procedure and time frame to request en banc rehearing. Because of the six day delay, Alexander asks the Court to consider this request as timely because, he is filing this request within 14 days of becoming aware of the decision.

Alexander asks the Court to grant him 45 days from the 10-19-2026, the date he received the Panel's decision, to file a petition for rehearing and rehearing en banc. The Court is well aware of the challenges Alexander faces corresponding with the Court from federal prison, but in support of his request states the following:

1. Alexander is incarcerated and has limited access to legal materials in the law library. He is not a legal professional and, as such, is not trained in the law or the nuances of legal argument.

2. In order to prepare a petition for rehearing, Alexander must conduct additional research based on the Panel's decision. This can only be done in the Law Library at Alexander's institution.

3. There is a 7-10 day delay in all correspondence between inmates and the free world at FCI-Sandstone that caused half the time to file the petition to lapse before Alexander was even aware a decision was made.

4. With the upcoming holiday season the reasons cited above will likely be more exasperating and lead to greater delays than normal, which the 45 days should account for.

5. This request is not made for purposes of delay, but to ensure fairness and to preserve the issues that were raised in the original appeal.

Due to Alexander's incarcerated status, he is unable to confer with the United States Attorney's Office or the assigned Assistant United States Attorney regarding this request. However, Alexander is asking for a routine and reasonable request for enlargement of time tied directly to a permited filing.

## REQUESTED RELIEF

For the above stated reasons Alexander respectfully requests the Court grant him an enlargement of time of 45 days from the date he received the Panel's decision (10-19-2026) to file a Petition for Rehearing and Rehearing en banc, making the date the petition is due 12-03-2026.

RESPECTFULL SUBMITTED this 30th day of October, 2026.

Eugene Alexander

Eugene Alexander
Petitioner, pro se

# Certificate of Service

I thereby certify that on this 30th day of Oct., 20 26 I placed with staff noted below my first class, postage prepaid envelope addressed to:

**United States Appeals Court**
**for the Seventh Circuit**
**219 S. Dearborn St., Rm 2722**
**Chicago, IL 60604**
**Attn: Clerk of Courts**

containing my **Request for Enlargement of Time to File Petition for Rehearing** for outbound legal mail with:

☒ A.M. Legal Mail, or

☐ Unit Mail Box because a.m. legal mail was not available to me, specifically ______________________________

Note: A.M. Legal mail is the designated legal mail system, but unit mail is used as the alternate mail drop as it is the regular institution mail.

**PLEASE NOTE:** In the interest of efficiency, the Clerk is respectfully requested to **SERVE**, via the ECF system, ALL PARTIES not listed above.

Further, I request the Court clerk **FILE** the included motions and documents under the "Prisoner Mailbox Rule" on the **DATE** noted above, pursuant Houston v. Lack, 487 U.S. 266, 267 (1988). Sworn as true and correct under pains and penalties of perjury. Executed on the above noted date under 28 U.S.C. §1746.

Eugene Alexander
Eugene Alexander