# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

November 16, 2026

*By the Court:*

| | |
|---|---|
| No. 25-2616 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>EUGENE ALEXANDER,<br>Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 1:17-cr-00319-3<br>Northern District of Illinois, Eastern Division<br>District Judge John Robert Blakey |

The following is before the court: **PETITIONER'S MOTION FOR ENLARGEMENT OF TIME TO FILE PETITION FOR REHEARING AND REHEARING EN BANC**, filed on November 9, 2026, by the pro se appellant.

Because the mandate issued on November 4, 2026, the court will construe the motion as both a request to recall the mandate and to extend the deadline to file a petition for rehearing or rehearing en banc. So construed,

**IT IS ORDERED** that the motion is **GRANTED**. The mandate is **RECALLED**, and the appellant shall file any petition for rehearing by December 3, 2026. The clerk will mail appellant a copy of this court’s October 13, 2026 disposition.